**No. 66529.**—Joseph H. Brown & Son *v.* United States, protests 60/25107, etc. (El Paso).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of horsemeat similar in all material respects to that the subject of Abstract 66197, the claim of the plaintiff was sustained.

**No. 66530.**—Excelsior Pearl Works, Inc., and Chas. H. Asche & Co., Inc. *v.* United States, protest 61/4319 (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of shell disks similar in all material respects to those the subject of *Charles A. Redden, Inc., et al.* v. *United States* (44 Cust. Ct. 241, C.D. 2181), the claim of the plaintiffs was sustained.

**No. 66531.**—M. S. Cowen Co. *v.* United States, protest 282314–KS (Seattle).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 66532.**—M. S. Cowen Co. *v.* United States, protest 284636–KS (San Francisco).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 66533.**—Gastmeyer Hinsch, Inc. *v.* United States, protest 61/14384 (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.